JS-6

Jehu Hand, SBN 124016
jehu@jehu.com
Hand & Hand, a professional corporation
34145 Pacific Coast Highway, Suite 379
Dana Point, CA 92629
(949) 489-2400
fax (949) 489-0034
Attorneys for Plaintiffs Robert J. Filiatreaux;
Millennium Group Inc; and Magellan Capital Corp.
Profit Sharing Plan and Trust

# UNITED STATES DISTRICT COURT
# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBERT J. FILIATREAUX, MILLENIUM GROUP, INC. and MAGELLAN CAPITAL CORP. PROFIT SHARING PLAN AND TRUST<br><br>Plaintiffs,<br><br>vs.<br><br>DUOYUAN PRINTING, INC., WENHUA GUO and DOES 1 through 30, inclusive,<br><br>Defendants. | Case No. 2:11-cv-08859-R-SS<br><br>**ORDER GRANTING PLAINTIFF'S MOTION FOR ENTRY OF JUDGMENT AGAINST DEFENDANT DUOYUAN PRINTING, INC. AND JUDGMENT**<br><br>Honorable Manuel L. Real<br>Place:   Courtroom 8<br>Date: May 21, 2012<br>Time: 11:00 a.m. |

The Court, having received and reviewed Plaintiffs' Motion for Default Judgment after Entry of Default, and the declarations of the Plaintiffs filed therewith, hereby orders and enters judgment against Defendant Duoyuan Printing, Inc. as follows:

1.  Plaintiff Magellan Corp. Profit Sharing Plan and Trust shall recover from Defendant Duoyuan Printing, Inc. ("Duoyuan") the amount of $3,001,611.55 in

compensatory damages, plus post judgment interest at the rate of .20% per annum;

2. Plaintiff Millennium Group, Inc. shall recover from Defendant Duoyuan the amount of $3,226,112.85 in compensatory damages, plus post judgment interest at the rate of .20% per annum;

3. Plaintiff Robert J. Filiatreaux shall recover from Defendant Duoyuan the amount of $157,029.09 in compensatory damages, plus post judgment interest at the rate of .20% per annum.

Dated May 23, 2012

_____
Honorable Manuel L. Real
U.S. District Court Judge

```
Case 2:11-cv-08859-R-SS   Document 16   Filed 05/23/12   Page 2 of 2   Page ID #:1125
```

compensatory damages, plus post judgment interest at the rate of .20% per annum;

2. Plaintiff Millennium Group, Inc. shall recover from Defendant Duoyuan the amount of $3,226,112.85 in compensatory damages, plus post judgment interest at the rate of .20% per annum;

3. Plaintiff Robert J. Filiatreaux shall recover from Defendant Duoyuan the amount of $157,029.09 in compensatory damages, plus post judgment interest at the rate of .20% per annum.

Dated May 23, 2012

_____
Honorable Manuel L. Real
U.S. District Court Judge

ORDER IN MOTION FOR DEFAULT JUDGMENT - FILIATREAUX et al. v. DUOYUAN & GUO